IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| RENITA JAMES, *Individually and on Behalf of All Others Similarly Situated*,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ERNEST HEALTH, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 5:24-CV-095-C |

## ORDER

The Court notes that the Plaintiff filed a Notice of Voluntary Dismissal on May 28, 2024. As such, the claims asserted in the above-styled and -numbered civil action are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and with each Party to bear their own costs.

SO ORDERED this 29th day of May, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE